UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHMARI BUTLER,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>  Defendants. | Case No. 1:20-cv-1640-AWI-HBK (PC)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

Plaintiff, who is proceeding through counsel, filed a 42 U.S.C. § 1983 civil rights action as a prisoner and is currently incarcerated at the California State Prison, Sacramento. The Court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Jennifer L. Thurston for the court's Settlement Week program to conduct a settlement conference on May 25, 2021 at 10:00 a.m. The settlement conference will be conducted by Zoom. The court will issue the necessary transportation order in due course. Thus, the Court **ORDERS**:

1. This case is set for a settlement conference before Magistrate Judge Jennifer L. Thurston on May 25, 2021 at 10:00 a.m. The settlement conference will be conducted via Zoom.

2. Lead counsel and, as necessary, a person with authority to negotiate and enter into a binding settlement shall attend in person.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. **No later than April 13, 2021**, Plaintiff **SHALL** submit to Defendant a written itemization of damages and a meaningful[1] settlement demand, which includes a brief explanation of why such a settlement is appropriate, not to exceed ten pages in length.

5. **No later than April 27, 2021**, Defendant **SHALL** respond, in writing, with an acceptance of the offer or with a meaningful counteroffer, which includes a brief explanation of why such a settlement is appropriate. If settlement is achieved, defense counsel is to immediately inform the courtroom deputy of Magistrate Judge Thurston.

6. If settlement is not achieved informally, counsel are directed to submit confidential settlement statements **no later than May 11, 2021** to the following email address: jltorders@caed.uscourts.gov. Parties shall also file a "Notice of Submission of Confidential Settlement Statement." (*See* Local Rule 270(d).)

Settlement statements **should not be filed** with the Clerk of the Court **or served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

---

[1] "Meaningful" means the offer is reasonably calculated to settle the case on terms acceptable to the offering party. "Meaningful" does not include an offer which the offering party knows will not be acceptable to the other party. If, however, the offering party is only willing to offer a settlement it knows the other party will not accept, this should trigger a recognition the case is not in a settlement posture, and the parties should confer about continuing the settlement conference via stipulation.

   a. A brief statement of the facts of the case.
   b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
   c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.
   d. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.
   e. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.
   f. If the parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s) is applicable.

IT IS SO ORDERED.

   Dated:  **March 11, 2021**            /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE