UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHMARI BUTLER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET. AL.,<br><br>    Defendants. | Case No.  1:20-cv-1640-AWI-HBK (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT Jahmari Butler, AZ2049<br><br>**DATE: May 25, 2021**<br>**TIME:  10:00 a.m.** |

Plaintiff Jahmari Butler, inmate no. AZ2049, is a necessary and material witness needed to participate in a Zoom settlement conference occurring in this case on May 25, 2021.  Plaintiff is confined at California State Prison-Sacramento and is in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for the Zoom video conference occurring on May 25, 2021 at 10:00 a.m. before the Hon. Jennifer L. Thurston, United States Magistrate Judge.

**ACCORDINGLY, IT IS ORDERED:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District

1  Court at the time and place above, and from day to day until completion of court proceedings or
2  as ordered by the court;

3      2. The custodian is ordered to notify the court of any change in custody of this inmate and
4  is ordered to provide the new custodian with a copy of this writ.

5      3. Plaintiff's counsel will provide the Litigation Office at California State Prison-
6  Sacramento the undersigned's Zoom video conference connection information.

7      4. The **Clerk of the Court** is directed to serve a copy of this order to the Litigation
8  Coordinator at the California State Prison-Sacramento and confirm same on the docket.

9  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
10 **To: The Warden OR Sheriff of California State Prison-Sacramento**

11 **WE COMMAND** you to produce the inmate named above to testify before the United
12 States District Court at the time and place above, and from day to day until completion of the
13 proceedings held on the Zoom videoconference, or as ordered by the court;

14 **FURTHER**, you have been ordered to notify the court of any change in custody of the
15 inmate and have been ordered to provide the new custodian with a copy of this writ.

16
17 IT IS SO ORDERED.

18
19 Dated: __April 9, 2021__  
                                         HELENA M. BARCH-KUCHTA
20                                       UNITED STATES MAGISTRATE JUDGE

