UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHMARI BUTLER,<br><br>                Plaintiff,<br><br>        v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; et al,<br><br>                Defendants. | Case No. 1:20-cv-01640-AWI-HBK<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(Doc. No. 12) |

On July 1, 2021, the parties filed a Stipulation for Voluntary Dismissal. (Doc. No. 12, "Stipulation"). According to the Stipulation, which all parties signed, the parties agree to dismiss the action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), and for each party to bear its own litigation costs and attorney's fees. (*Id.*).

Accordingly, the Clerk of Court shall enter a dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), terminate any motions and deadlines, if appropriate, and close this case.

IT IS SO ORDERED.

Dated:   July 2, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE